**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Jose Luis La Rosa          JOINT DEBTOR:                          CASE NO.:
Last Four Digits of SS# 9764          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 415.63 for months 1 to 60; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 TOTAL PAID $1500     Balance Due $ 2150
                         payable $ 53.75 /month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Reverse Mortgage Solutions, Inc.          Arrearage on Petition Date  $ 18,179.66
Address: 5010 Linbar Drive #100              Arrears Payment    $ 302.99   /month (Months 1 to 60)
Nashville, TN 37211
Account No: xxxx5096

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $
                     Payable  $_____/month  (Months____ to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 17.31 /month (Months 1 to 40) and Pay $ 71.06 /month (Months 41 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 1-12-2015                                      Date:

LF-31 (rev. 01/08/10)