UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                              CASE NO.: 15-10562-AJC
                                                                                                    CHAPTER 13

JOSE LUIS LA ROSA AKA JOSE
LUIS LAROSA BARRIOS AKA J L
LAROSA
AKA JOSE LAROSA BARRIOS AKA
JOSE L LAROSA, SR. AKA JOSE LA
ROSA AKA JOSE L LA ROSA
BARRIOS AKA JOSE L LA ROSA
AKA JOSE LAROSA AKA JOSE LUIS
LAROSA AKA JOSE L LAROSA
BARRIOS AKA JOSE L LA ROSA, SR.
AKA JOSE LUIS LA ROSA, SR. AKA
JOSE LUIS LA ROSA BARRIOS AKA
JOSE LAROSA, SR. AKA JOSE
LA-ROSA AKA JOSE LUIS LAROSA,
SR.
AKA JOSE LA ROSA, SR. AKA JOSE
LA ROSA BARRIOS AKA JOSE L
LAROSA,

     Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Reverse Mortgage Solutions, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Audrey J. Dixon, Esq.**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**



I HEREBY CERTIFY that on May 14, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

Jose Luis La Rosa
16201 SW 205 Ave
Miami, FL 33187

Robert Sanchez, Esq
355 W 49 St.
Hialeah,, FL 33012

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

          ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
          Attorney for Secured Creditor
          6409 Congress Ave., Suite 100
          Boca Raton, FL 33487
          Telephone: 561-241-6901
          Facsimile: 561-241-1969


          By: /s/ Audrey J. Dixon
          Audrey J. Dixon, Esquire
          Florida Bar Number 39288
          Email: audrey.dixon@rasflaw.com

15-027473 - ChL