**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Jose Luis La Rosa                                  Case Number: 15-10562-AJC
                                                          Chapter 13

      Debtor
_____/

**DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (CLAIM # 3) FILED ON OCTOBER 6, 2015 BY REVERSE MORTGAGE SOLUTIONS, INC.**

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

COMES NOW the Debtor, Jose Luis La Rosa, by and through his undersigned counsel, and files this Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 3) Filed by Creditor Reverse Mortgage Solutions, Inc. and in support thereof states:

1. The instant case was filed under Chapter 13 on January 12, 2015.

2. Debtor's confirmed Chapter 13 plan provides for a reverse mortgage cure on their homestead property with the lender, Reverse Mortgage Solutions, Inc. ("Creditor").

3. On October 6, 2015, the Creditor filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on their claim #3 charging the Debtor $4,323.12 for Hazard Insurance incurred on July 6, 2015.

4. On March 30, 2015, the Debtor paid $3,758.90 to obtain an Insurance Policy and provided proof thereof to the Creditor. The policy is effective from March 30, 2015 through March 30, 2016.

5. The Insurance Declaration Page is attached to this Objection as Exhibit "A".

6. The undersigned contacted Creditor's counsel to resolve the issue without court intervention; however, the undersigned did not receive a follow up response and nothing was resolved.

7. From the above facts, the Debtor had an active, one-year insurance policy effective March 30, 2015 when the Creditor decided to incur another insurance policy on July 6, 2015.

8. Debtor's counsel finds it unreasonable that the Debtor is being forced to pay double for insurance.

9. Undersigned counsel requests that Reverse Mortgage Solutions, Inc. cancel the redundant insurance placed by the Creditor and have the Creditor file an Amended Notice of Postpetition Fees, Expenses and Charges that will reflect the cancellation of their forced-placed insurance and adoption of the debtors insurance.

WHEREFORE the Debtor respectfully requests that this Court grant this Motion and Order Reverse Mortgage Solutions, Inc. to cancel the Creditor's insurance policy, adopt the Debtor's active insurance policy, file an amended notice of mortgage payment change, and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Neidich, Trustee, and via CM/ECF and regular mail to Reverse Mortgage

Solutions, Inc., Attn: BOUAVONE AMPHONE, Esq., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487 Reverse Mortgage Solutions, Inc., c/o H. Marc Helm, CEO, 14405 Walters Road, Suite 200, Houston, TX 77014; Reverse Mortgage Solutions, Inc., c/o H. Marc Helm, CEO, 2727 Spring Creek Drive, Spring, TX 77373; Reverse Mortgage Solutions, Inc., c/o Chris Mullins, President, 2727 Spring Creek Drive, Spring, TX 77373 on January 15, 2016.

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 W 49th Street
        Hialeah, FL 33013
        Tel. (305) 687-8008

        By:*/s/Robert Sanchez*_____
           Robert Sanchez, Esq., FBN#0442161