## This Declaration Page is attached to and forms part of Certificate Provisions

IN CONSIDERATION OF THE PREMIUM herein specified, and the Declaration(s) dated March 30th, 2015 attached hereto and made a part hereof and which is (are) hereby agreed to be the basis of this Certificate, and which the Assured hereby warrants to be true as to each and every statement and particulars contained therein, the Company does insure the Assured named herein as follows:

|   | | |
|---|---|---|
| Previous No: | Authority Ref. No: B04298A1402760 | Certificate No: C3DP3 44835 |

1. Name and address of the Assured:
   Jose La Rosa
   16201 SW 205 Ave.,
   Miami, FL 33187

   Agent: Ramallo Assurance, Inc
   Address: 12955 SW 42 St # 8, Miami, FL 33175
   Ph #: 305-207-1332
   Agency Code: 447

2. Effective from    3/30/15    Time: 12:01    to: 3/30/16    12:01 AM Local Standard Time

3. Insurance is effected with Certain Underwriters at Lloyd's    100%

4. **Section**

   | | Amount | | |
   |---|---|---|---|
   | I. A. Dwellings | $ 150,000 | Premium | $ 3,345.40 |
   | B. Other Structures | $ 2,980 | Policy Fee | $ 35.00 |
   | C. Personal Property | $ 15,000 | Inspection Fee | $ 158.00 |
   | D. Additional Living Expenses and/or Fair Rental Value | $ 14,900 | Surplus Lines Tax | $ 176.92 |
   | | | FEMA | $ 2.00 |
   | II. E. Personal Liability | $ 300,000 | FSLSO | $ 6.19 |
   | F. Medical Payments | $ 2,000 | Citizens Emergency Assessment (1%) | $ 35.38 |
   | | | Total Premium Fees and Florida Taxes | $ 3,758.90 |

5. Property Address:
   16201 SW 205 Ave.,
   Miami, FL 33187

6. Deductibles:
   WINDSTORM, HURRICANE, HAIL, WIND DRIVEN RAIN AND/OR WATER.    5% ($5,000 Minimum)
   ALL OTHER PERILS DEDUCTIBLE    $ 1,500
   V & MM $5,000

7. Service of Suit may be made upon: Mendes and Mount, 750 Seventh Avenue, New York, NY 10019-6829

8. Mortgagee: Reverse Mortgage Solutions Inc. ISAOA
   PO Box 690230
   San Antonio, TX 78269-0230

   Loan: 3000025096

9. Special Conditions:

   DP3 Standard ISO Form
   Lloyd's Conditional Endorsements
   Lloyd's-USIB 01 Conditional Liability Endorsements
   Lloyd's-USIB 02 Conditional Property Endorsements
   (ACV)

This Certificate is issued under authority from the Underwriters stated on the Declaration Page. All applicable policy forms are attached as of the effective date of this policy. Any changes after the effective date are reflected in applicable endorsements to be attached to this policy.

In the event of a claim, please contact your agent as soon as possible after the loss is discovered. Cancellations are subject to 25% Minimum Earned Premium. All fees are fully earned.

Please examine this Certificate carefully, notifying us immediately if the terms or security do not meet your requirements. If we do not hear from you within two weeks of issue date, we shall assume this is satisfactory.

Date   4/15/15

By: _____   _____ President
     Authorized Signatory