

**ORDERED in the Southern District of Florida on February 24, 2016.**

*A. Jay Cristol*
_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 15-10562-AJC |
| JOSE LUIS LA ROSA, | Chapter 13 |
| Debtor.                              / | |

**ORDER CONTINUING HEARING ON OBJECTION TO NOTICE OF
POST-PETITION MORTGAGE FEES, EXPENSES, AND
CHARGES OF REVERSE MORTGAGE SOLUTIONS, INC.**

**THIS MATTER** came before the Court for hearing on the 16th day of February, 2016 upon Debtor's Objection to Notice of Post-petition Mortgage Fees, Expenses, and Charges of REVERSE MORTGAGE SOLUTIONS, INC. For the reasons stated on the record, it is

**ORDERED AND ADJUDGED:**

Hearing on Debtor's Objection to Notice of Post-petiton Mortgage Fees, Expenses and Charges is continued to **March 15, 2016 at 9:00 a.m. at the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, FL 33128.**

# # #

The Law Office of Robert Sanchez, P.A. is directed to mail a conformed copy of this order to all affected parties.