

ORDERED in the Southern District of Florida on May 31, 2016.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 15-10562-AJC |
| Jose Luis La Rosa, | Chapter 13 |
|     Debtor. | |
| _____/ | |

### AGREED ORDER SUSTAINING IN PART AND OVERRULING IN PART OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES BY REVERSE MORTGAGE SOLUTIONS, INC. (CLAIM # 3)

**THIS MATTER** having come upon Debtor's Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges by Reverse Mortgage Solutions, Inc. ("Secured Creditor") (Claim # 3), and the Creditor having agreed and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges by Secured Creditor filed on October 6, 2015 is Sustained in Part and Overruled in Part.

2. The Secured Creditor has filed a supplemental Notice of Postpetition Mortgage Fees, Expenses, and Charges on May 16, 2016 with an Insurance Refund of $1,086.69 for a total of $3,721.43.

3. The Debtor shall Modify the Confirmed Plan to reflect a total cure amount of prepetition arrearages of $17,820.81 as stated on Proof of Claim #3 plus the Notice filed on May 16, 2016 of $3,721.43 for a total of **$21,542.24**.

4. In the interests of clarity, since this is a reverse mortgage, the above-mentioned amount of **$21,542.24** shall be without additional interest and the parties hereby agree for said amount to be paid through the plan.

5. By the Debtor modifying the plan to include the total cure amount due, the Secured Creditor shall not consider a default so long as the Debtor is current with the Modified Plan.

6. Debtor shall maintain insurance on 16201 SW 205th Avenue, Miami, FL 33187 ("Subject Property") and the Debtor shall provide proof of insurance within 30 days of a request by Secured Creditor made to Counsel for the Debtor. Debtor shall timely pay the real property taxes for the subject property as they come due.

7. In the event that the Debtor fails to maintain adequate insurance on the subject property or fails to provide proof of same to Secured Creditor, or if the Debtor fails to timely pay the real property taxes, it shall constitute a default under the terms of the Modified Plan and shall constitute grounds for Secured Creditor to file a Motion for Relief from Stay due to lack of adequate protection.

8. This Order will survive any subsequent conversion of the case to another chapter under the Bankruptcy Code.

# # #

This order prepared by:
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL  33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.