UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 15-10562-AJC

    Jose Luis La Rosa

        Debtor(s).                                          Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On January 12, 2015 the instant case was filed.

2. On April 29, 2015 Debtor's Third Amended Chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the debtor is curing the arrearage on Reverse Mortgage Solutions, Inc.'s (herein "Secured Creditor") claim [Claim #3].

4. On May 31, 2016, Debtor and Secured Creditor agreed to the filing of the Agreed Order Sustaining in Part and Overruling in Part Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges [ECF#51].

5. In said Order, the Debtor agreed to pay the total arrearage amount of $21,542.24 to become current at the end of his chapter 13 bankruptcy.

6. Debtor desires to modify his plan in order to provide for the new payment to the Secured Creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on October 24, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161