**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIRST Modified Plan**

DEBTOR: Jose Luis La Rosa         JOINT DEBTOR:_____ CASE NO.: 15-10562-AJC

Last Four Digits of SS# 9764_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 456.99 for months 1 to 21; in order to pay the following creditors:
      B.    $ 639.52 for months 22 to 60; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3650 + $525 (Motion to Modify) = 4175 TOTAL PAID $1500
               Balance Due$ 2675
               payable $ 51.19 /month (Months 1 to 21); payable $177.78/month (Months 22 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | |
|---|---|
| 1. Reverse Mortgage Solutions, Inc. | Arrearage on Petition Date $ 21,542.24 |
| Address: 5010 Linbar Drive #100 | Arrears Payment $ 291.48 /month (Months 1 to 21) |
| Nashville, TN 37211 | Arrears Payment $ 395.42 /month (Months 22 to 60) |
| Account No: xxxx5096 | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____   Total Due $_____
                      Payable   $_____/month (Months____to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 76.97/month (Months 1 to 21); Pay $ 2.37 /month (Months 22 to 30); and Pay $ 180.15/month (Months 31 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/Robert Sanchez, Esq._____          _____
Attorney for Debtor                                         Joint Debtor
Date:   10/24/2016_____          Date:_____

LF-31 (rev. 01/08/10)