**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**SECOND Modified Plan**

DEBTOR: Jose Luis La Rosa    JOINT DEBTOR:＿＿＿＿＿＿＿＿＿＿＿＿    CASE NO.: 15-10562-AJC
Last Four Digits of SS# 9764    Last Four Digits of SS# ＿＿＿＿＿＿

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 456.99 for months 1 to 21; in order to pay the following creditors:
B.  $ 526.13 for months 22 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (Motion to Modify) = 4175 TOTAL PAID $1500
Balance Due $ 2675
payable $ 51.19 /month (Months 1 to 21); payable $72.73/month (Months 22 to 43)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Reverse Mortgage Solutions, Inc.     Arrearage on Petition Date  $ 21,542.24
Address: 5010 Linbar Drive #100          Arrears Payment       $ 291.48    /month (Months 1 to 21)
Nashville, TN 37211                      Arrears Payment       $ 395.42    /month (Months 22 to 60)
Account No: xxxx5096

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ＿＿＿ To ＿＿＿ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None＿＿＿＿＿＿＿＿＿    Total Due  $＿＿＿＿＿
                              Payable   $＿＿＿＿/month (Months ＿to ＿) Regular Payment $＿＿＿＿

Unsecured Creditors: Pay $ 76.97/month (Months 1 to 21); Pay $ 5.37 /month (Months 22 to 43); and Pay $ 78.10/month (Months 44 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                         ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Attorney for Debtor                                Joint Debtor
Date:  10/31/2016                                  Date:＿＿＿＿＿＿＿＿＿＿＿＿

LF-31 (rev. 01/08/10)