**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                                    CASE NO.: 15-10562-AJC
                                                                                                      CHAPTER 13
**Jose Luis La Rosa,**

   Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                                Robertson, Anschutz & Schneid, P.L.
                                                Authorized Agent for Secured Creditor
                                                6409 Congress Ave., Suite 100
                                                Boca Raton, FL 33487
                                                Telephone: 561-241-6901
                                                Facsimile: 561-997-6909
                                                By: /s/Jaclyn Danielle Gonzalez
                                                Jaclyn Danielle Gonzalez , Esquire
                                                Email: jagonzalez@rasflaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on December 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSE LUIS LA ROSA
16201 SW 205 AVE
MIAMI, FL  33187

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL  33130

                      Robertson, Anschutz & Schneid, P.L.
                      Authorized Agent for Secured Creditor
                      6409 Congress Ave., Suite 100
                      Boca Raton, FL 33487
                      Telephone: 561-241-6901
                      Facsimile: 561-997-6909
                      By: <u>/s/Jaclyn Danielle Gonzalez</u>
                      Jaclyn Danielle Gonzalez , Esquire
                      Email: jagonzalez@rasflaw.com