UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                            CASE NO.: 15-10562-AJC
                                                                                 CHAPTER 13

Jose Luis La Rosa ,

    Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                   Robertson, Anschutz & Schneid, P.L.
                                   Authorized Agent for Secured Creditor
                                   6409 Congress Ave., Suite 100
                                   Boca Raton, FL 33487
                                   Telephone: 561-241-6901
                                   Facsimile: 561-997-6909
                                   By: /s/Bouavone Amphone
                                   Bouavone Amphone, Esquire
                                   Email: bamphone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

JOSE LUIS LA ROSA
16201 SW 205 AVE
MIAMI, FL 33187

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

                    Robertson, Anschutz & Schneid, P.L.
                    Authorized Agent for Secured Creditor
                    6409 Congress Ave., Suite 100
                    Boca Raton, FL 33487
                    Telephone: 561-241-6901
                    Facsimile: 561-997-6909
                    By: /s/Bouavone Amphone
                    Bouavone Amphone, Esquire
                    Email: bamphone@rasflaw.com